WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
   Attorney for Plaintiff

FILED '06 MAR 27 10:33 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **KENNETH SEIFERT,** | CV # 05-419-MO |
|    Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER of Social Security,** | |
|    Defendant. | |

Attorney fees in the amount of $4,800.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check(s) shall be sent to Plaintiff's attorney, Tim Wilborn, at the address listed above.

DATED this 25 day of March, 2006.

       /s/ Michael W. Mosman
       United States District Judge

Submitted on March 22, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
   Attorney for Plaintiff

ORDER - Page 1